AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**OFFENSE CHARGED**

Title 8 U.S.C., Section 1326 - Illegal Reentry by an Alien after Deportation (Class C Felony)

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:
Maximum Prison Term of 20 Years;
Maximum Fine of $250,000;
Maximum Term of Supervised Release of 3 years;
Mandatory Special Assessment of $100.

**DEFENDANT - U.S**

▶ EDUARDO MARTINEZ SANCHEZ

DISTRICT COURT NUMBER

0297 SI

---

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. ATTORNEY  ☐ DEFENSE
   SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
   MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form    JOSEPH P. RUSSONIELLO

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    Lara M. Kroop

**DEFENDANT**

**IS *NOT* IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding.
   If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☒ On another conviction    ☐ Federal  ☒ State

6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☒ Yes  ☐ No    If "Yes" give date filed    04/24/2008

DATE OF ARREST ▶    Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶    Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____    Before Judge: _____

Comments:



# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

### VENUE: SAN FRANCISCO

## CR 08    0297

### UNITED STATES OF AMERICA,

### V.

### EDUARDO MARTINEZ SANCHEZ

### DEFENDANT(S).

# INDICTMENT

VIOLATION:
Title 8, United States Code, Section 1326 - Illegal Reentry Following
Deportation

---

A true bill.

_Roger Bradlumedral_
Foreman

Filed in open court this ___6th___ day of
___May , 2008___

Bail, $ _____

BETTY FONG
Clerk

EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE

1   JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney
2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

12   UNITED STATES OF AMERICA,          **CR 08   0297**
                                    )
13           Plaintiff,              )    VIOLATION: Title 8, United States **SI**
                                    )    Code, Section 1326 – Illegal Reentry
14       v.                          )    Following Deportation
                                    )
15   EDUARDO MARTINEZ SANCHEZ,       )
                                    )    SAN FRANCISCO VENUE
16           Defendant.              )
                                    )
17   _____)

18

19                          I N D I C T M E N T

20   The Grand Jury charges:

21           On or about November 20, 1999 and August 1, 2003, the defendant,

22                       EDUARDO MARTINEZ SANCHEZ,

23   an alien, was excluded, deported and removed from the United States, and thereafter, on or about

24   December 12, 2007, was found in the Northern District of California, the Attorney General of the

25   United States and the Secretary of Homeland Security not having expressly consented to a

26   ///

27   ///

28   ///

     INDICTMENT

1  re-application by the defendant for admission into the United States, in violation of Title 8,

2  United States Code, Section 1326.

3

4  DATED:                                    A TRUE BILL.

5

6                                            _Angelina Hemenal_
                                            FOREPERSON

7  JOSEPH P. RUSSONIELLO
   United States Attorney

8

9  _Kyle F. Waldinger for_

10 GREGG LOWDER
   Chief, Major Crimes Section

11

12

13 (Approved as to form: _Sum mn. Yum_          )
                         SAUSA KROOP

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INDICTMENT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

INDICTMENT