1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  LARA M. KROOP (CSBN 239512)
   Special Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102
      Telephone: (415) 436-7129
7     Facsimile: (415) 436-7234
      Lara.Kroop2@usdoj.gov
8
   Attorneys for the United States
9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                 SAN FRANCISCO DIVISION

13

14                                    )    CR No.  CR 08-0297 SI
   UNITED STATES OF AMERICA,          )
15                                    )    [PROPOSED ORDER] PETITION FOR WRIT
        Plaintiff,                    )    OF HABEAS CORPUS AD
16                                    )    PROSEQUENDUM
        v.                            )
17                                    )
                                      )
18  EDUARDO MARTINEZ SANCHEZ,         )
                                      )
19      Defendant._____           )
                                      )
20                                    )
                                      )
21                                    )
                                      )
22  _____    )

23       To the Honorable Edward M. Chen, United States Magistrate Judge for the United States

24  District Court for the Northern District of California:

25       The United States of America respectfully petitions the Court to issue a Writ of Habeas

26  Corpus Ad Prosequendum for the prisoner Eduardo Martinez Sanchez.  The prisoner is required

27  //

28  //

1    to appear in the above-referenced matter on May 28, 2008.  His place of custody and jailor are

2    set forth in the following writ.

3

4    DATED: May 7, 2008                   Respectfully submitted,

5                                JOSEPH P. RUSSONIELLO
                                 United States Attorney

6

7

8                                /s/ Lara M. Kroop
                               LARA M. KROOP
                               Special Assistant United States Attorney

9

10    IT IS SO ORDERED.

11    DATED:

12

13                                HONORABLE EDWARD M. CHEN
                               United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PETITION FOR WRIT OF HABEAS
CORPUS AD PROSEQUENDUM, CR 08-0297 SI                                      2

1    **THE PRESIDENT OF THE UNITED STATES OF AMERICA**

2

3    To: Federico Rocha, United States Marshal for the Northern District of California; any of his

4    authorized deputies; and Warden Robert L. Ayers, Jr., Sheriffs, or Records Processing of San

5    Quentin State Prison, San Quentin, CA:

6    **GREETINGS**

7        The prisoner, Eduardo Martinez Sanchez, CDC# T12568, is in custody at San Quentin

8    State Prison, San Quentin, CA 94964.  He is required to appear as soon as possible before the

9    Duty Magistrate on an Indictment, CR 08-0297 SI, now pending against him in the United States

10   District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco,

11   California 94102.

12       Accordingly, WE COMMAND that you produce the prisoner before the Duty Magistrate

13   of the Northern District of California on May 28, 2008.  You shall produce the prisoner at all

14   times necessary until the termination of the proceedings in this Court.  Immediately thereafter,

15   you shall return the prisoner to the above-referenced institution, or abide by whatever further

16   order the Court may make concerning his custody.

17       WITNESS the Honorable Edward M. Chen, United States Magistrate Judge of the United

18   States District Court for the Northern District of California.

19

20   DATED:                          CLERK
                                     UNITED STATES DISTRICT COURT
21                                   NORTHERN DISTRICT OF CALIFORNIA

22

23   _____
                                     DEPUTY CLERK
24

25

26

27

28

PETITION FOR WRIT OF HABEAS
CORPUS AD PROSEQUENDUM, CR 08-0297 SI                                              3