JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

LARA M. KROOP (CSBN 239512)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7129
    Facsimile: (415) 436-7234
    Lara.Kroop2@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, </br>    Plaintiff, </br>v. </br>EDUARDO MARTINEZ SANCHEZ, </br>    Defendant. | CR No.  CR 08-0297 SI </br></br>[PROPOSED ORDER] PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

    To the Honorable Edward M. Chen, United States Magistrate Judge for the United States District Court for the Northern District of California:

    The United States of America respectfully petitions the Court to issue a Writ of Habeas Corpus Ad Prosequendum for the prisoner Eduardo Martinez Sanchez.  The prisoner is required

//

//

to appear in the above-referenced matter on June 5, 2008.  His place of custody and jailor are set forth in the following writ.

DATED: May 28, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

 /s/ Lara M. Kroop
LARA M. KROOP
Special Assistant United States Attorney

IT IS SO ORDERED.

DATED:

HONORABLE EDWARD M. CHEN
United States Magistrate Judge

PETITION FOR WRIT OF HABEAS
CORPUS AD PROSEQUENDUM, CR 08-0297 SI

2

**THE PRESIDENT OF THE UNITED STATES OF AMERICA**

To: Federico Rocha, United States Marshal for the Northern District of California; any of his authorized deputies; and Warden Robert L. Ayers, Jr., Sheriffs, or Records Processing of San Quentin State Prison, San Quentin, CA:

**GREETINGS**

The prisoner, Eduardo Martinez Sanchez, CDC# F92953, is in custody at San Quentin State Prison, San Quentin, CA 94964. He is required to appear as soon as possible before the Duty Magistrate on an Indictment, CR 08-0297 SI, now pending against him in the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, California 94102.

Accordingly, WE COMMAND that you produce the prisoner before the Duty Magistrate of the Northern District of California on June 5, 2008. You shall produce the prisoner at all times necessary until the termination of the proceedings in this Court. Immediately thereafter, you shall return the prisoner to the above-referenced institution, or abide by whatever further order the Court may make concerning his custody.

WITNESS the Honorable Edward M. Chen, United States Magistrate Judge of the United States District Court for the Northern District of California.

DATED:                              CLERK
                                    UNITED STATES DISTRICT COURT
                                    NORTHERN DISTRICT OF CALIFORNIA


                                    _____
                                    DEPUTY CLERK