1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  LARA M. KROOP (CSBN 239512)
   Special Assistant United States Attorney
5
   450 Golden Gate Avenue, Box 36055
6  San Francisco, California 94102
   Telephone: (415) 436-7129
7  Facsimile: (415) 436-7234
   Lara.Kroop2@usdoj.gov
8
   Attorneys for the United States
9

**FILED**

MAY 29 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10              UNITED STATES DISTRICT COURT
11              NORTHERN DISTRICT OF CALIFORNIA
12                   SAN FRANCISCO DIVISION

14  UNITED STATES OF AMERICA,        )   CR No. CR 08-0297 SI
15                                   )   [PROPOSED ORDER] PETITION FOR WRIT
         Plaintiff,                  )   OF HABEAS CORPUS AD
16                                   )   PROSEQUENDUM
         v.                          )
17                                   )
                                     )
18  EDUARDO MARTINEZ SANCHEZ,        )
                                     )
19       Defendant._____          )
                                     )
20                                   )
                                     )
21                                   )
22  _____)

23      To the Honorable Edward M. Chen, United States Magistrate Judge for the United States
24  District Court for the Northern District of California:
25      The United States of America respectfully petitions the Court to issue a Writ of Habeas
26  Corpus Ad Prosequendum for the prisoner Eduardo Martinez Sanchez. The prisoner is required
27  //
28  //

PETITION FOR WRIT OF HABEAS
CORPUS AD PROSEQUENDUM, CR 08-0297 SI                                              1

1  to appear in the above-referenced matter on June 5, 2008.  His place of custody and jailor are set
2  forth in the following writ.
3
4  DATED: May 28, 2008                         Respectfully submitted,
5                                              JOSEPH P. RUSSONIELLO
                                               United States Attorney
6
7
                                               /s/ Lara M. Kroop
8                                              LARA M. KROOP
                                               Special Assistant United States Attorney
9
10 IT IS SO ORDERED.
11 DATED: 5/29/08
12
                                               HONORABLE EDWARD M. CHEN
13                                             United States Magistrate Judge
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PETITION FOR WRIT OF HABEAS
CORPUS AD PROSEQUENDUM, CR 08-0297 SI                                                    2

| | |
|---|---|
| 1 | **THE PRESIDENT OF THE UNITED STATES OF AMERICA** |
| 2 | |
| 3 | To: Federico Rocha, United States Marshal for the Northern District of California; any of his |
| 4 | authorized deputies; and Warden Robert L. Ayers, Jr., Sheriffs, or Records Processing of San |
| 5 | Quentin State Prison, San Quentin, CA: |
| 6 | **GREETINGS** |
| 7 | The prisoner, Eduardo Martinez Sanchez, CDC# F92953, is in custody at San Quentin |
| 8 | State Prison, San Quentin, CA 94964. He is required to appear as soon as possible before the |
| 9 | Duty Magistrate on an Indictment, CR 08-0297 SI, now pending against him in the United States |
| 10 | District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, |
| 11 | California 94102. |
| 12 | Accordingly, WE COMMAND that you produce the prisoner before the Duty Magistrate |
| 13 | of the Northern District of California on June 5, 2008. You shall produce the prisoner at all |
| 14 | times necessary until the termination of the proceedings in this Court. Immediately thereafter, |
| 15 | you shall return the prisoner to the above-referenced institution, or abide by whatever further |
| 16 | order the Court may make concerning his custody. |
| 17 | WITNESS the Honorable Edward M. Chen, United States Magistrate Judge of the United |
| 18 | States District Court for the Northern District of California. |

DATED:                                    CLERK
                                          UNITED STATES DISTRICT COURT
                                          NORTHERN DISTRICT OF CALIFORNIA

                                          _____
                                          DEPUTY CLERK