| DOCUMENTS UNDER SEAL ☐ | | TOTAL TIME (mins): 7 min | | |
|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>Lashanda Scott | | REPORTER/FTR<br>9:49-9:56 | |
| MAGISTRATE JUDGE<br>Bernard Zimmerman | DATE<br>June 5, 2008 | | NEW CASE ☐ | CASE NUMBER<br>CR08-0297 SI |

| APPEARANCES | | | | | | |
|---|---|---|---|---|---|---|
| DEFENDANT<br>Eduardo Martinez Sanchez | AGE<br>33 | CUST<br>Y | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Ronald Tyler (special) | | PD. ☐ RET. ☐<br>APPT. ☐ |
| U.S. ATTORNEY<br>Lara Kroop | | INTERPRETER<br>Spanish-Melinda Basker | | ☐ FIN. AFFT<br>SUBMITTED | | ☐ COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Rich Sarlatte | | | DEF ELIGIBLE FOR<br>APPT'D COUNSEL | ☐ | PARTIAL PAYMENT ☐<br>OF CJA FEES |

| PROCEEDINGS SCHEDULED TO OCCUR | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ☒ | INITIAL APPEAR | ☐ | PRELIM HRG | ☐ | MOTION | ☐ | JUGM'T & SENTG | ☐ | STATUS |
| ☐ | I.D. COUNSEL | ☐ | ARRAIGNMENT | ☐ | BOND HEARING | ☐ | INITIAL APPEAR REV PROB OR S/R | ☐ | OTHER |
| ☐ | DETENTION HRG | ☐ | ID / REMOV HRG | ☐ | CHANGE PLEA | ☐ | PROB. REVOC. | ☐ | ATTY APPT HEARING |

FILED
JUN 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| INITIAL APPEARANCE | | | | | | |
|---|---|---|---|---|---|---|
| ☒ | ADVISED OF RIGHTS | ☒ | ADVISED OF CHARGES | ☒ | NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME |

| ARRAIGNMENT | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ | ARRAIGNED ON INFORMATION | ☐ | ARRAIGNED ON INDICTMENT | ☐ | READING WAIVED SUBSTANCE | ☐ | WAIVER OF INDICTMENT FILED |

| RELEASE | | | | | |
|---|---|---|---|---|---|
| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | | ☐ PASSPORT SURRENDERED DATE: |
| PROPERTY TO BE POSTED<br>☐ CASH $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ | |

| ☒ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

| PLEA | | | | |
|---|---|---|---|---|
| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ | |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: | |

| CONTINUANCE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| TO:<br>06/11/2008 | ☒ | ATTY APPT HEARING | ☐ | BOND HEARING | ☐ | STATUS RE: CONSENT | ☐ | STATUS / TRIAL SET |
| AT:<br>9:30 a.m. | ☒ | SUBMIT FINAN. AFFIDAVIT | ☒ | PRELIMINARY HEARING OR ARRAIGN-MENT | ☐ | CHANGE OF PLEA | ☐ | OTHER |
| BEFORE HON.<br>BZ | ☒ | DETENTION HEARING | | | ☐ | MOTIONS | ☐ | JUDGMENT & SENTENCING |
| ☒ TIME WAIVED | ☒ | TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ | IDENTITY / REMOVAL HEARING | ☐ | PRETRIAL CONFERENCE | ☐ | PROB/SUP REV. HEARING |

**ADDITIONAL PROCEEDINGS**

6/11/2008 at 9:30 a.m. - Arraignment on Indictment. There is a BCIS detainer on the defendant. Counsel will prepare a stipulation and proposed order waiving/excluding time.
cc: BZ, Pretrial, SI

DOCUMENT NUMBER: