1 | JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

2

3 | BRIAN STRETCH (CABN 163973)
Chief, Criminal Division

4 | LARA M. KROOP (CABN 239512)
Special Assistant United States Attorney

5

6 | 450 Golden Gate Avenue
San Francisco, California  94102
7 | Telephone: (415) 436-7129
Facsimile: (415) 436-7234
8 | E-Mail: Lara.Kroop2@usdoj.gov

9 | Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. CR 08-0297 SI |
|     Plaintiff, ) | |
| v. ) | **[PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM JUNE 5, 2008 TO JUNE 11, 2008** |
| EDUARDO MARTINEZ-SANCHEZ, ) | |
|     Defendant. ) | |

The parties appeared before the Honorable Bernard Zimmerman on June 5, 2008. With the agreement of counsel for both parties, the Court found and held as follows:

1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from June 5, 2008 to June 11, 2008, in light of the need for the defendant's counsel to review discovery. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for counsel to review the discovery with the defendant.

**[PROPOSED[ ORDER AND
STIPULATION EXCLUDING TIME
CR 08-0297 SI**

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from June 5, 2008 to June 11, 2008 outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from June 5, 2008 to June 11, 2008 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: 6/05/08
/s/
RONALD TYLER
Counsel for Eduardo Martinez-Sanchez

DATED: 6/05/08
/s/
LARA M. KROOP
Special Assistant United States Attorney

IT IS SO ORDERED.

DATED:_____
_____
THE HON. BERNARD ZIMMERMAN
United States Magistrate Judge

[PROPOSED[ ORDER AND
STIPULATION EXCLUDING TIME
CR 08-0297 SI                    2