1   JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney

2

3   BRIAN STRETCH (CABN 163973)
    Chief, Criminal Division

4   LARA M. KROOP (CABN 239512)                    *E-filing*
    Special Assistant United States Attorney

5

6   450 Golden Gate Avenue
    San Francisco, California 94102

7   Telephone: (415) 436-7129
    Facsimile: (415) 436-7234

8   E-Mail: Lara.Kroop2@usdoj.gov

9   Attorneys for the United States

10                      UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13                                          Criminal No. CR 08-0297 SI

14  UNITED STATES OF AMERICA,        )
                                     )
15          Plaintiff,               )
                                     )    **[PROPOSED] ORDER AND
16      v.                           )    STIPULATION EXCLUDING TIME
                                     )    FROM JUNE 5, 2008 TO JUNE 11, 2008**
17  EDUARDO MARTINEZ-SANCHEZ,        )
                                     )
18          Defendant.               )
                                     )
19  _____)

20

21          The parties appeared before the Honorable Bernard Zimmerman on June 5, 2008.

22  With the agreement of counsel for both parties, the Court found and held as follows:

23          1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. §

24  3161, from June 5, 2008 to June 11, 2008, in light of the need for the defendant's counsel to

25  review discovery. Failure to grant the requested continuance would unreasonably deny defense

26  counsel reasonable time necessary for effective preparation, taking into account the exercise of

27  due diligence and the need for counsel to review the discovery with the defendant.

28
    **[PROPOSED] ORDER AND
    STIPULATION EXCLUDING TIME
    CR 08-0297 SI**

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from June 5, 2008 to June 11, 2008 outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from June 5, 2008 to June 11, 2008 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: 6/05/08

/s/
RONALD TYLER
Counsel for Eduardo Martinez-Sanchez

DATED: 6/05/08

/s/
LARA M. KROOP
Special Assistant United States Attorney

IT IS SO ORDERED.

DATED: 6 June 08

THE HON. BERNARD ZIMMERMAN
United States Magistrate Judge

**[PROPOSED] ORDER AND STIPULATION EXCLUDING TIME CR 08-0297 SI**                    2