JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN STRETCH (CABN 163973)
Chief, Criminal Division

LARA M. KROOP (CABN 239512)
Special Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California  94102
Telephone: (415) 436-7129
Facsimile: (415) 436-7234
E-Mail: Lara.Kroop2@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>EDUARDO MARTINEZ-SANCHEZ,<br><br>    Defendant. | Criminal No. CR 08-0297 SI<br><br>**[PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM JUNE 11, 2008 TO JUNE 20, 2008** |

    The parties appeared before the Honorable Bernard Zimmerman on June 11, 2008. With the agreement of counsel for both parties, the Court found and held as follows:

    1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from June 11, 2008 to June 20, 2008, in light of the need for the defendant's counsel to review discovery. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for counsel to review the discovery with the defendant.

**[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME
CR 08-0297 SI**

     2. Given these circumstances, the Court found that the ends of justice served by excluding the period from June 11, 2008 to June 20, 2008 outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

     3. Accordingly, and with the consent of the defendant, the Court ordered that the period from June 11, 2008 to June 20, 2008 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

     IT IS SO STIPULATED.

DATED: 6/12/08                                /s/
                                             RONALD TYLER
                                             Counsel for Eduardo Martinez-Sanchez

DATED: 6/12/08                                /s/
                                             LARA M. KROOP
                                             Special Assistant United States Attorney

     IT IS SO ORDERED.

DATED:_____                       _____
                                             THE HON. BERNARD ZIMMERMAN
                                             United States Magistrate Judge

**[PROPOSED] ORDER AND STIPULATION EXCLUDING TIME**
**CR 08-0297 SI**                        2