JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN STRETCH (CABN 163973)
Chief, Criminal Division

LARA M. KROOP (CABN 239512)
Special Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California 94102
Telephone: (415) 436-7129
Facsimile: (415) 436-7234
E-Mail: Lara.Kroop2@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>EDUARDO MARTINEZ-SANCHEZ,<br><br>    Defendant. | Criminal No. CR 08-0297 SI<br><br>**[PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM JUNE 20, 2008 TO JULY 11, 2008** |

    The parties appeared before the Honorable Susan Illston on June 20, 2008. With the agreement of counsel for both parties, the Court found and held as follows:

    1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from June 20, 2008 to July 11, 2008, in light of the need for the defendant's counsel to review discovery. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for counsel to review the discovery with the defendant.

**[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME
CR 08-0297 SI**

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from June 20, 2008 to July 11, 2008 outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from June 20, 2008 to July 11, 2008 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: 6/24/08                                    /s/
                                                  RONALD TYLER
                                                  Counsel for Eduardo Martinez-Sanchez

DATED: 6/24/08                                    /s/
                                                  LARA M. KROOP
                                                  Special Assistant United States Attorney

IT IS SO ORDERED.

DATED:_____                             _____
                                                  THE HON. SUSAN ILLSTON
                                                  United States District Court Judge

**[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME
CR 08-0297 SI**                    2