**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL PRETRIAL MINUTES

Date: 6/20/08

Case No.   CR-08-0297 SI              Judge:   SUSAN ILLSTON

Title:  UNITED STATES -v- EDWARDO MARTINEZ-SANCHEZ (C)(P)
(Sp. Int: M. Basker)

Attorneys:   Kroop           Tyler

Deputy Clerk: Tracy Sutton  Court Reporter: S. McVickar

**PROCEEDINGS**

1)  Trial Setting - HELD

2)
3)
Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN      ( ) SUBMITTED
                                                    PART

Case continued to **7/11/08   @ 11:00 a.m.**   for Trial Setting

Case continued to  **@ 11:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to  @   for Pretrial Conference

Case continued to  **@ 8:30 a.m.**  for Trial (Court/Jury: ___ Days)

Category of Excludable Delay: _____
**Delay begins:         Delay ends:**
(             )

ORDERED AFTER HEARING:


(SPEEDY TRIAL DEADLINE AS OF TODAY: )