**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL PRETRIAL MINUTES

Date: 7/11/08

Case No.   CR-08-297 SI           Judge:   SUSAN ILLSTON

Title:  UNITED STATES -v- EDWARDO MARTINEZ SANCHEZ (C)(SP.INT- BASKER)

Attorneys:   L. Kroop            R. Tyler

Deputy Clerk: Tracy Sutton  Court Reporter: S. McVickar

**PROCEEDINGS**

1)  Trial Setting
2)
3)
Order to be prepared by:  (  )Pltf    (  )Deft    (  )Court

Disposition :  (  ) GRANTED, (  ) DENIED, (  ) GRANTED/DENIED IN      (  ) SUBMITTED
                                             PART

Case continued to **7/18/08  @ 11:00 a.m.**   for Trial Setting

Case continued to  **@ 11:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to  @   for Pretrial Conference

Case continued to  **@ 8:30 a.m.**  for Trial (Court/Jury: ___ Days)

Category of Excludable Delay:    Effective Preparation
**Delay begins:           Delay ends: 7/18/08**
(      AUSA to draft order            )

ORDERED AFTER HEARING:
Defense counsel needs additional time to review discovery.


(SPEEDY TRIAL DEADLINE AS OF TODAY: