1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

2  BRIAN STRETCH (CABN 163973)
3  Chief, Criminal Division

4  LARA M. KROOP (CABN 239512)
   Special Assistant United States Attorney
5

6  450 Golden Gate Avenue
   San Francisco, California  94102
7  Telephone: (415) 436-7129
   Facsimile: (415) 436-7234
8  E-Mail: Lara.Kroop2@usdoj.gov

9  Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. CR 08-0297 SI |
| Plaintiff, ) | |
| v. ) | **[PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM JULY 25, 2008 TO AUGUST 1, 2008** |
| EDUARDO MARTINEZ-SANCHEZ, ) | |
| Defendant. ) | |

The parties appeared before the Honorable Susan Illston on July 25, 2008. With the agreement of counsel for both parties, the Court found and held as follows:

1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from July 25, 2008 to August 1, 2008, in light of the need for the defendant's counsel to review discovery. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for counsel to review the discovery with the defendant.

**[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME
CR 08-0297 SI**

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from July 25, 2008 to August 1, 2008 outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from July 25, 2008 to August 1, 2008 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: 7/25/08                                         /s/
                                                 RONALD TYLER
                                                 Counsel for Eduardo Martinez-Sanchez


DATED: 7/25/08                                         /s/
                                                 LARA M. KROOP
                                                 Special Assistant United States Attorney

IT IS SO ORDERED.

DATED:_____                    _____
                                                 THE HON. SUSAN ILLSTON
                                                 United States District Court Judge

**[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME
CR 08-0297 SI**                                2