UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: 7/25/08

Case No.    CR-08-297 SI            Judge:   SUSAN ILLSTON

Title:  UNITED STATES -v- EDWARDO MARTINEZ SANCHEZ (C)(SP.INT- BASKER)

Attorneys:   L. Kroop            R. Tyler

Deputy Clerk: Tracy Sutton  Court Reporter: L. Zinn

**PROCEEDINGS**

1)  Trial Setting - HELD
2)
3)

Order to be prepared by:  (  )Pltf    (  )Deft    (  )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN        ( ) SUBMITTED
                                                    PART

Case continued to 8/1/08 @ 11:00 a.m.   for Trial Setting/Change of Plea

Case continued to   @ 11:00 a.m.   for Motions
(Motion due , Opposition  Reply )

Case continued to  @   for Pretrial Conference

Case continued to   @ 8:30 a.m.   for Trial (Court/Jury: ___ Days)

Category of Excludable Delay:    Effective Preparation/Plea negotiations
**Delay begins:          Delay ends: 8/1/08**
(      AUSA to draft order            )

ORDERED AFTER HEARING:
Case continued for further plea negotions.

(SPEEDY TRIAL DEADLINE AS OF TODAY: