**FILED**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

AUG 0 1 2008

### CRIMINAL PRETRIAL MINUTES

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Date:  August 1, 2008       [12:11pm - 12:14pm]

Case No.   CR-08-0297-01 SI          Judge:  SUSAN ILLSTON

Title:  UNITED STATES -v- EDWARDO MARTINEZ SANCHEZ (c)

Attorneys:  Lara Kroop          Ron Tyler
Interpreter:   Melinda Basker

Deputy Clerk: Monica Narcisse for Tracy Sutton     Court Reporter: Joan Columbini

### PROCEEDINGS

1)  Status _____
2)  _____
3)  _____
Order to be prepared by: (  )Pltf   (  )Deft   (  )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN      ( ) SUBMITTED
                                   PART

Case continued to  **August 29, 2008 @ 11:00 a.m.**  for   **Change of Plea & Judgment &
                                                              Sentencing**

Case continued to  @ 11:00 a.m.  for Motions
(Motion due , Opposition  Reply )

Case continued to  @  for Pretrial Conference

Case continued to  @ 8:30 a.m.  for Trial (Court/Jury: ___ Days)

Category of Excludable Delay: _____
**Delay begins:**        **Delay ends:**
(                )

ORDERED AFTER HEARING:
**Probation Office shall prepare Pre-Plea Investigation Report**


(SPEEDY TRIAL DEADLINE AS OF TODAY: )