UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: 8/29/08

Case No.   CR-08-297 SI          Judge:   SUSAN ILLSTON

Title:  UNITED STATES -v- EDWARDO MARTINEZ SANCHEZ (C)(SP.INT- Rhine-Medina)

Attorneys:   L. Kroop          R. Tyler

Deputy Clerk:  Tracy Sutton   Court Reporter: J. Yeomans

**PROCEEDINGS**

1) Change of Plea and Sentence  - HELD

2)

3)

Order to be prepared by: ( )Pltf   ( )Deft   ( )Court

Disposition : ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN    ( ) SUBMITTED
                                        PART

Case continued

Case continued to  @ 11:00 a.m.  for Motions
(Motion due , Opposition  Reply )

Case continued to  @   for Pretrial Conference

Case continued to  @ 8:30 a.m.  for Trial (Court/Jury: ___ Days)

Category of Excludable Delay: __

ORDERED AFTER HEARING:

The parties filed a plea agreement in open court.
The defendant plead guilty to a single count indictment.

**The defendant is sentenced to:**
46 months custody
Supervised Rel: 3 years w/special conditions
$100 special assessment
no fine